MICHAEL L. CROWLEY (117008)
Attorney at Law
550 West "C" Street, Suite 1960
San Diego, CA 92101
(619) 444-8808

Attorney for Defendant

**FILED**
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PEDRO JOSE HERNANDEZ-HERNANDEZ, <br> Defendant. | Case No.: 06CR2731-BEN <br><br> ORDER RE: DOCUMENTS |

Defendant, PEDRO JOSE HERNANDEZ-HERNANDEZ, by and through his attorney of record, Michael L. Crowley, requests this court to order the United States Probation Office and more specifically United States Probation Officer Ronnie Preap to produce the California "rap sheet" and a 2004 presentence report in case number 04CR2308-LAB) due to their reference in a recently completed criminal history report.

DATED: March 8, 2007

_____
Michael L. Crowley, Esq.
Attorney for Defendant
PEDRO JOSE HERNANDEZ-HERNANDEZ

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

DATED: 3/12/07

_____
Honorable Roger T. Benitez
Judge, United States District Court

C:\WP\CRIM\FEDERAL\Hernandez-Hernandez, Pedro - order re docs from USPO.wpd